IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONALD HENEGHAN, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | NO. 09-04979 |
| | : | |
| NORTHAMPTON COMMUNITY | : | |
| COLLEGE, et al, | : | |
| Defendants | : | |

## O R D E R

**STENGEL, J.**

**AND NOW**, this 7th day of July, 2010, upon consideration of defendants' motion to dismiss plaintiff's amended complaint (Document # 12) and plaintiff's response thereto (Document # 15) it is hereby ORDERED that the motion is **GRANTED in part and DENIED in part.**

Defendants' motion is **GRANTED** with respect to the following claims:

(1) Plaintiff's gender discrimination claim against Northampton Community College;

(2) Plaintiff's First Amendment claim against Northampton Community College;

(3) Plaintiff's punitive damages claim against Northampton Community College;

(4) Plaintiff's gender discrimination claim against Helene Whitaker in her individual capacity;

(5) Plaintiff's punitive damages claim against Helene Whitaker in her individual capacity;

(6) Plaintiff's punitive damages claim against Elizabeth Bugaighis in her individual capacity;

Defendant's motion is **DENIED** with respect to the following claims:

(1) Plaintiff's procedural due process claim against Northampton Community College;

(2) Plaintiff's gender discrimination claim against Elizabeth Bugaighis in her individual capacity.

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.