IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RONALD HENEGHAN,** | : | **CIVIL ACTION** |
| **Plaintiff** | : | |
| **v.** | : | |
| | : | **NO. 09-04979** |
| | : | |
| **NORTHAMPTON COMMUNITY** | : | |
| **COLLEGE, et al,** | : | |
| **Defendants** | : | |

## ORDER

**AND NOW,** this 11th day of July, 2011, upon careful consideration of the defendants' motion for summary judgment (Document No. 43), and the plaintiff's response thereto (Document No. 45), IT IS HERE BY ORDERED that:

1. The motion is **GRANTED.**

2. The Clerk of Court is directed to make this case **CLOSED.**

BY THE COURT:

/s/ *Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.