IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RONALD HENEGHAN,** | : | **CIVIL ACTION** |
| **Plaintiff** | : | |
| **v.** | : | |
| | : | **NO. 09-04979** |
| | : | |
| **NORTHAMPTON COMMUNITY** | : | |
| **COLLEGE, et al,** | : | |
| **Defendants** | : | |

## ORDER

**AND NOW,** this   1st   day of August, 2011, upon careful consideration of the plaintiff's motion for reconsideration (Document No. 49) and defendants' response thereto (Document No. 50) IT IS HEREBY ORDERED that the motion is **DENIED.**

BY THE COURT:

/s/ *Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.